## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ELIZABETH PATTERSON                                                                   PLAINTIFF

V.                                        NO. 2:10CV00173 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                               DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 13th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE